UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

United States of America,                         Criminal No. 4:99cr13BS

        Plaintiff,

        v.

Regina Hudson ,

        Defendant,

        and

Division of Medicaid,

        Garnishee.



**GARNISHEE ORDER**

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on <u>August 26, 2005</u>, stating that at the time of the service of the writ he/she had in his possession, or under control personal property belonging to and due defendant, and that garnishee was indebted to defendant.

On <u>August 19, 2005</u>, the defendant was notified of his/her right to a hearing and has not requested a hearing to determine exempt property.

By his agreement as noted below, the Garnishee waves any procedural issues raised in its answer filed August 26, 2005 and the parties advise the Court that the Garnishee has already made disbursements pursuant to the Writ of Continuing Garnishment.

IT IS ORDERED that Garnishee withhold twenty five percent (25%) of defendant's disposable earnings and forward said payments to the U. S. District Court Clerk for the Southern District of Mississippi until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court.

ORDERED this the 13th day of December 2005.

_____
UNITED STATES DISTRICT JUDGE

_____
PSHON BARRETT
Assistant United States Attorney

_____
WILLIAM H. MOUNGER
Special Assistant Attorney General
Counsel for the Division of Medicaid